NO. 26517

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

RONALD G.S. AU, Respondent.

------------------------------------------------------------------

IN RE APPLICATION FOR REINSTATEMENT OF RONALD G.S. AU, Applicant.

(ODC 95-242-4701, 97-213-5407, 98-064-555)

ORDER
(By: Nakayama, J. for the court[1])

Upon review of Petitioner Ronald G.S. Au's motion for leave to file a reply brief exceeding 10 pages and his request to file a reply brief of 20 pages,

IT IS HEREBY ORDERED that the motion is granted. Petitioner Au may file a reply brief that does not exceed 20 pages, exclusive of indexes, appendices, and statements of related cases.

DATED: Honolulu, Hawaiʻi, October 14, 2010.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, J., Circuit Judge Crandall in place of Acoba, J., recused, Circuit Judge Trader in place of Duffy, J., recused, and Circuit Judge McKenna, assigned by reason of vacancy.